**Makeejul NISHA, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3056.

United States Court of Appeals, Federal Circuit.

Oct. 19, 2005.

Makeejul Nisha, Claudia Burke, pro se.

---

*ORDER*

Upon consideration of the parties' unopposed motion to dismiss the petition for review with prejudice pursuant to Fed. R.App. P. 42(b),

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

---

* We note that the parties requests that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.